COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Michael Francis Palma v. Harris County Appraisal Review
                            Board

Appellate case number:     01-18-00506-CV

Trial court case number:   2018-17668

Trial court:                157th District Court of Harris County

The Clerk of this Court's June 26, 2018 notice requested that the district clerk file the indigent clerk's record. Then, after the district clerk's July 23, 2018 original clerk's record on indigence contained several documents, but not the appellant's affidavit of indigence, the Clerk of this Court's July 26, 2018 notice requested that the district clerk file a supplemental indigent clerk's record to include that document. On August 8, 2018, the district clerk filed a supplemental clerk's record containing the pro se appellant Michael Francis Palma's affidavit of indigence, filed on March 16, 2018, but neither indigent clerk's record contained any objection or trial court's order overruling appellant's indigence claim. The court reporter's August 9, 2018 info sheet stated that there was no reporter's record and the original clerk's record was filed on August 13, 2018.

Rule of Appellate Procedure 20.1 provides that a party who files such a Statement in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's indigence claim was not overruled by an order with detailed findings of fact that complies with Rule 145, appellant is not required to pay costs. *See* TEX. R. APP. P. 20.1(b)(1); TEX. R. CIV. P. 145(a), (f)(1).

Accordingly, the Clerk of this Court is **directed** to mark appellant indigent in this Court's records and allowed to proceed without advance payment of the appellate filing and clerk's and reporter's record fees. Because appellant is proceeding pro se, the Court **ORDERS** the district clerk to mail the clerk's, indigent clerk's, and supplemental clerk's

records to the appellant, at no cost to appellant, **within 20 days** of the date of this order, and shall certify the delivery date **within 30 days** of the date of this order.

    It is so ORDERED.

Judge's signature:  /s/ Evelyn V. Keyes _____
                          ☑ Acting individually    ☐ Acting for the Court

Date:  August 16, 2018 _____